# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

FILED
ASHEVILLE, N. C.

AUG 1 5 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

V.

JAMES ANTHONY BRYSON

JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:06mj37-01

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Dennis L. Howell
United States Magistrate Judge
August 15, 2006